# MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, NY 10005

212-530-5000

FAX: 212-530-5219

| LOS ANGELES | BEIJING |
| --- | --- |
| 213-892-4000 | 8610-5969-2700 |
| FAX: 213-629-5063 | FAX: 8610-5969-2707 |

| WASHINGTON, D.C. | HONG KONG |
| --- | --- |
| 202-835-7500 | 852-2971-4888 |
| FAX: 202-835-7586 | FAX: 852-2840-0792 |

| LONDON | SINGAPORE |
| --- | --- |
| 44-20-7615-3000 | 65-6428-2400 |
| FAX: 44-20-7615-3100 | FAX: 65-6428-2500 |

| FRANKFURT | TOKYO |
| --- | --- |
| 49-(0)69-71914-3400 | 813-5410-2801 |
| FAX: 49-(0)69-71914-3500 | FAX: 813-5410-2891 |

| MUNICH | SÃO PAULO |
| --- | --- |
| 49-89-25559-3600 | 55-11-3927-7700 |
| FAX: 49-89-25559-3700 | FAX: 55-11-3927-7777 |

Dennis C. O'Donnell
DIRECT DIAL NUMBER
212-530-5287
E-MAIL: DODonnel@milbank.com

April 28, 2014

**BY E-MAIL**

The Honorable Richard J. Sullivan
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Re: *In re Lehman Brothers Holdings Inc et al.*, No. 08-13555 (JMP)
*United States Trustee v. Elliott Management Corp., et al.*
No. 13-Civ-02211(RJS)

Dear Judge Sullivan:

We represent the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* in the above-referenced matter and write with respect to the motion (the "Motion") we filed on April 25, 2014, for an order, pursuant to 28 U.S.C. § 1292(b), seeking certification for interlocutory appeal of the Court's March 31, 2014 order in the above-referenced bankruptcy appeal.

In response to an inquiry from Chambers, the Appellees (the Lehman committee, committee members, and debtors) and Appellant (the Office of the United States Trustee) jointly propose the following briefing schedule with respect to the Motion:

Milbank, Tweed, Hadley & McCloy LLP

April 28, 2014
Page 2

| | |
|---|---|
| Appellant Opposition Papers: | May 23, 2014 |
| Appellee Reply Papers: | June 6, 2014 |
| Oral Argument: | Requested by Appellees; to be set at the Court's discretion. |

We are available at the Court's convenience should there be any questions.

Respectfully submitted,

Dennis C. O'Donnell

Enclosure

cc:   Susan Golden
      Andrea B. Schwartz
      Garrett A. Fail