USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

No. 13 Civ. 2211 (RJS)
ORDER

TRACY HOPE DAVIS, UNITED STATES TRUSTEE FOR REGION 2,

Appellant,

-v-

ELLIOT MANAGEMENT CORP., *et al.*,

Appellees.

RICHARD J. SULLIVAN, District Judge:

On March 31, 2014, the Court issued a Memorandum and Opinion vacating the bankruptcy court's opinion and remanding the case for further proceedings. (Doc. No. 19.) Now before the Court is (1) Appellees' motion to certify the case for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), along with a memorandum of law in support of the motion (Doc. Nos. 20, 21); and (2) a joint letter from the parties proposing a briefing schedule (Doc. No. 23). Having reviewed all submissions, the Court determines that the briefing schedule proposed by the parties is longer than necessary. Accordingly, IT IS HEREBY ORDERED THAT Appellant shall submit any

opposition to Appellees' motion no later than May 16, 2014. Appellees shall not submit a reply unless directed to by further order. IT IS FURTHER ORDERED THAT the parties shall appear for oral argument on the motion on May 30, 2014 at 11:45 am.

SO ORDERED.

Dated:   April 29, 2014
         New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE