We use cookies to enhance your experience on our website. By clicking 'continue' or by continuing to use our website, you are agreeing to our use of cookies. You can change your cookie settings at any time.

Continue
Find out more

Home | About | What's new | Contact us | Subscriber services | Help

My OED (personal profile): Sign in | Create profile

**OED** Oxford English Dictionary — The definitive record of the English language

Quick search: Find word in dictionary [GO]

Lost for Words? | Advanced search | Help

Browse:
- Dictionary
- Sources
- Categories
- Historical Thesaurus
- Timelines

Help on Dictionary Entry | Print | Save | Email | Cite

## inconsistent, *adj.* and *n.*

Text size: A A

View as: Outline | Full entry     Quotations: Show all | Hide all

**Pronunciation:** /ɪnkənˈsɪstənt/
**Forms:** Also 16–17 **-ant**.
**Etymology:** < IN- *prefix*[3] + CONSISTENT *adj.*; compare modern French *inconsistant* .

This entry has not yet been fully updated (first published 1900).

Publication history
Entry profile
Previous version

**In other dictionaries:**
inconsistent: quick current definition in Oxford Dictionaries Online

**A.** *adj.* Not consistent.

**I.**

**1.** Of a substance: Without consistence or firmness, of incoherent nature. *rare* . *arch.*

Thesaurus »
Categories »

> 1677   N. GREW *Solution of Salts* ii. §10   If the Particles of Water were themselves Fluid or Inconsistent and Alterable.
> 1718   J. CHAMBERLAYNE tr. B. Nieuwentijdt *Relig. Philosopher* I. xi. x. 207   The whole Matter [is] so soft and inconsistent, that it can hardly bear touching with the Hands.
> 1860   J. RUSKIN *Mod. Painters* V. 159   The parts of a crystal are consistent, but of dust, inconsistent.

(Hide quotations)

**II.**

**2.** Not consisting; not agreeing in substance, spirit, or form; not in keeping; not consonant or in accordance; at variance, discordant; incompatible, incongruous.

**a.** Said of one thing in relation to another; const. *with* , †rarely *to* .

Thesaurus »

> 1646   SIR T. BROWNE *Pseudodoxia Epidemica* I. viii. 30   It containeth impossibilities and things inconsistent with truth.
> 1664   *Rec. Colony Rhode Island* (1857) II. 64   Whether ther be any lawes that are inconsistent to the present government.
> 1729   BP. J. BUTLER *15 Serm.* (ed. 2) ix. 165   Resentment is not inconsistent with Good-will.
> 1836   J. GILBERT *Christian Atonem.* viii. 358   The benevolence of God..is not inconsistent with his determination to punish.
> 1870   W. S. JEVONS *Elem. Lessons Logic* ix. 76   The proposition, A, then, is inconsistent with both E and O.
> 1880   S. HAUGHTON *Six Lect. Physical Geogr.* iii. 163 (*note* ),   Three combinations..give results inconsistent with the others.

(Hide quotations)

**b.** Said of two or more things, in relation to each other.

Thesaurus »

My entries (1)
My searches (0)

**Jump to:**

| Entry | Date |
|---|---|
| inconsiderate, adj. ... | c1400 |
| inconsiderately, adv. | c1400 |
| inconsiderateness, n. | 1591 |
| inconsideration, n. | 1526 |
| inconsiderative, adj. | 1684 |
| inconsidered, adj. | a1631 |
| inconsidering, adj. | 1685 |
| inconsistence, n. | 1643 |
| inconsistency, n. | 1647 |
| **inconsistent, adj. a...** | **1646** |
| inconsistently, adv. | 1665 |
| inconsistentness, n. | 1647 |
| inconsistible, adj. | 1660 |
| inconsisting, adj. | 1658 |
| inconsolable, adj. | 1596 |
| inconsolate, adj. | 1882 |
| inconsonance, n. | 1811 |
| inconsonancy, n. | 1650 |
| inconsonant, adj. | 1658 |

Cited in Daws v Elliot Mgmt Corp 13 Civ 2211 Decided 3/31/14
Archived on 4/14/14
This document is protected by copyright. Further reproduction is prohibited without permission.

1656   J. Bramhall *Replic. to Bishop of Chalcedon* v. 227   Thus he confoundeth Papall and Patriarchall Power, making things inconsistent to be one and the same thing.

1657   O. Cromwell *Speech* 21 Apr. in *Writings & Speeches* (1947) IV. 490   And it is a pitiful fancy,..to think they are inconsistent. They may consist.

a1704   J. Locke *Posthumous Wks.* (1706) 179   Can the same unextended indivisible Substance have different, nay inconsistent and opposite Modifications at the same time?

1857   F. D. Maurice *Epist. St. John* xv. 247   Are these two passages inconsistent?

1875   Abp. W. Thomson *Outl. Laws of Thought* (new ed.) §124. 256   Two or more inconsistent views..may be formed at the same time.

(Hide quotations)

†**c.** Applied to a benefice incapable of being held together with a fellowship. *Obs.*   Thesaurus »   Categories »

1690   N. Luttrell *Diary* in *Brief Hist. Relation State Affairs* (1857) II. 85   Dr. Hern..having a liveing at St. Anns in Westminster, the bishop declared it inconsistent with his fellowship.

1691   *Case of Exeter-Coll.* 51   The Statutes of Exeter-College..would very imprudently have made that distinction betwixt Benefices consistent and inconsistent.

(Hide quotations)

**3.** Wanting in harmony between its different parts or elements; self-contradictory; involving inconsistency. Said of a single thing, or of action including two or more courses.   Thesaurus »

1651   R. Baxter *Plain Script. Proof* 277   For his humanity to reign actually, and to suffer at the same time, is inconsistent.

1658   J. Bramhall *Consecr. Bps.* vi. 134   It had deserved more credit then this silly, improbable, inconsistent Relation.

1774   J. Bryant *New Syst.* I. 306   All which in time..gave rise to a most inconsistent system of Polytheism.

1856   J. A. Froude *Hist. Eng.* (1858) II. ix. 340   The language of the Roman see had been inconsistent, but the actions of it had been always uniform.

1860   Abp. W. Thomson *Outl. Laws of Thought* (ed. 5) §84. 150   Inconsistent opposition lies between any two affirmative judgments which cannot be correct together, but may be false together.

(Hide quotations)

**4.** Of a person: Not consistent in thought or action.

**a.** Const. *with* , †rarely *to* (oneself, one's principles, etc.).   Thesaurus »

1709   J. Strype *Ann. Reformation* viii. 114   Many of these accused them to the Queen..as Men that were inconsistent to themselves.

1709   R. Steele *Tatler* No. 7.   1   Man is a Creature very inconsistent with himself.

1771   'Junius' *Stat Nominis Umbra* (1772) II. xlviii. 181   You..are inconsistent with your own principles.

1887   T. Fowler *Elem. Deduct. Logic* (ed. 9) Examples 174   You are inconsistent with yourself.

(Hide quotations)

Cited in Davis v Elliot Mgmt Corp
13CV2211 Decided 3/31/14
Archived on 4/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

**b.** *absol.* Acting in a way at variance with one's professed principles, or with one's conduct at another time.

> 1742   E. Young *Complaint* ii. 113   Ah! how unjust to nature, and himself, Is thoughtless, thankless, inconsistent man!
>
> a1863   R. Whately *Misc. Remains* (1864) 99   A man is..properly called inconsistent whose opinions or practices are at any one time at variance with each other; in short, who holds at once a proposition and its contradictory.
>
> 1875   B. Jowett tr. Plato *Dialogues* (ed. 2) IV. 11   Nor..in speaking of God both in the masculine and neuter gender, did he [Plato] seem to himself inconsistent.

(Hide quotations)

**B.** *n.* (*pl.*)

Things, statements, etc. which are inconsistent with each other or with something else.

Thesaurus »

> 1652   J. Gaule *Πυς-μαντια* 147   Necessity and contingency have always been held as contraries and inconsistents.
>
> 1655   T. Fuller *Church-hist. Brit.* I. 10   As for other inconsistents with truth..they prove not that this whole Story should be refused, but refined.
>
> 1864   F. C. Bowen *Treat. Logic* vi. 169   Two Inconsistents..cannot both be true.

(Hide quotations)

Back to top



Copyright © 2014 Oxford University Press . All rights reserved. | Privacy policy and legal notice | Credits

Your access is brought to you by:
Admin. Office%2C US Courts
Log out