

Home » About DOJ » Agencies » U.S. Trustee Program » Region 2

Printer Friendly

- U.S. Trustee Program
- Region 1
- **Region 2**
  - General Information
  - What's New
  - Regional Office
  - Manhattan, NY Office
  - Brooklyn, NY Office
  - Central Islip, NY Office
  - Albany, NY Office
  - Utica, NY Office
  - Buffalo, NY Office
  - Rochester, NY Office
  - New Haven, CT Office
- Region 3
- Region 4
- Region 5
- Region 6
- Region 7
- Region 8
- Region 9
- Region 10
- Region 11
- Region 12
- Region 13
- Region 14
- Region 15
- Region 16
- Region 17
- Region 18
- Region 19
- Region 20
- Region 21
- Employment Opportunities
- Site Map
- Contact the Program

**U.S. TRUSTEE PROGRAM**

**REGIONS AND OFFICES**

### Federal Judicial Districts Established for New York, Connecticut and Vermont

The United States Trustee Program is the component of the U.S. Department of Justice that supervises the administration of bankruptcy cases. The United States Trustee for Region 2 serves the federal judicial districts established for New York, Connecticut and Vermont. The regional office is located in Manhattan, NY. The links on this site contain information about the regional office of the United States Trustee and the field offices within Region 2.

### U.S. Trustee Program

- About Bankruptcy & the United States Trustee Program
- Nationwide Office Locator
- USTP Regions
- Press & Public Affairs
- Private Trustee Listings & Library
- Approved Credit Counseling Agencies
- Approved Debtor Education Providers

### Bankruptcy Information Sheet

The bankruptcy information sheet provides some general information about what happens in a bankruptcy case and it is available in a number of languages on the following page: Information for Individuals with Limited English Proficiency.

### Questions?

Please email questions concerning this Web site to: USTP.Regiono2@usdoj.gov

MONDAY, APRIL 7, 2014 11:44 AM

### Quick Links

- What's New
- Employment Opportunities

### U.S. Bankruptcy Courts

- Southern District of New York
- Eastern District of New York
- Northern District of New York
- Western District of New York
- District of Vermont
- District of Connecticut

### Web Site Comments?

The U.S. Trustee Program recently redesigned this Web site. If you are having trouble locating information or have comments on the redesigned site, please email us at USTWeb.



**GENERAL INFORMATION**
**U.S. Trustee Program**
**Region 2**

**LEADERSHIP**

**William K. Harrington**
United States Trustee

**CONTACT**

**Office of The U. S. Trustee**
(212) 510-0500



STAY CONNECTED
Facebook    MySpace
Twitter     YouTube

Cited in Davis v Elliot Mgmt Corp 13 Civ 2211 Decided 3.31.14
Archived on 4/15/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

### ABOUT
The Attorney General
Budget & Performance
Strategic Plans

### AGENCIES

### BUSINESS
Business Opportunities
Small & Disadvantaged Business
Grants

### RESOURCES
Forms
Publications
Case Highlights
Legislative Histories

### NEWS
Justice News
The Justice Blog
Public Schedule
Videos
Photo Gallery

### CAREERS
Legal Careers
Interns, Recent Graduates, and Fellows
Diversity Policy
Veteran Recruitment

### CONTACT

Site Map
Archive
Accessibility
FOIA
No FEAR Act
Information Quality
Privacy Policy
Legal Policies & Disclaimers

For Employees
Office of the Inspector General
Government Resources
USA.gov
BusinessUSA

http://www.justice.gov/ust/r02/[4/15/2014 1:45:20 PM]

Cited in Davis v Elliot Mgmt Corp
13Civ2211 Decided 3/31/14
Archived on 4/15/14
This document is protected by copyright.
Further reproduction is prohibited without permission.